Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Heather K. McShain |
|---|---|---|---|
| CASE NUMBER | 17-GJ-00052 | DATE | JULY 01, 2021 |
| CASE TITLE | U.S. v. CARRIE M. AUSTIN, ET AL | 1:21-cr-00408 Judge John F. Kness Magistrate Judge Jeffrey T. Gilbert | |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2020 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge Heather K. McShain

TO SET PRELIMINARY BAIL AT $3,500 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND, AS TO CARRIE M. AUSTIN AND CHESTER WILSON, JR.

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: P.K.



FILED 7/1/2021 PJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1