# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Carrie M Austin, et al.

Defendant.

Case No.: 1:21−cr−00408
Honorable John F. Kness

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 17, 2021:

MINUTE entry before the Honorable John F. Kness as to Carrie M Austin, Chester Wilson: Telephonic status hearing held on 12/17/2021. As discussed on the record, Defendants' presence was waived at the request of Defendants' respective counsel. The parties reported on the status of the case. To allow further review of the record and the voluminous discovery produced thus far, a continued status hearing is set for 2/14/2022 at 10:20 AM; the parties must use the same call−in information [28]. Defendant Austin and Wilson's oral motion to waive their appearance at the 2/14 hearing is granted. The Government's unopposed oral motion to exclude time is granted. Time is excluded without objection from 12/17/2021 through and including 2/14/2022 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to review the voluminous discovery materials, and time to prepare pretrial motions. Such delay outweighs the interests of the public and the Defendants in a speedy trial. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.