# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00408
Honorable John F. Kness

Carrie M Austin, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

MINUTE entry before the Honorable John F. Kness as to Carrie M Austin, Chester Wilson: By agreement of the parties, the status hearing set for 1/24/2024 is reset to 2/22/2024 at 10:30 A.M. Per request of the government and without objection, time is excluded from 1/23/2024 through and including 2/22/2024 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to review the discovery materials, and time to prepare pretrial motions. Such delay outweighs the interests of the public and the Defendants in a speedy trial. Mailed notice. (exr,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.